UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERNESTO BAGLIERI,<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants. | Case No:  C 10-0284 SBA<br><br>**ORDER GRANTING STIPULATED REQUEST TO FILE FIRST AMENDED COMPLAINT** |

   Good cause appearing,

   IT IS HEREBY ORDERED THAT the parties' stipulated request to allow Plaintiff to file a First Amended Complaint (FAC) is GRANTED.  Plaintiff shall file his FAC through ECF within five (5) days of the date this order is filed.

   IT IS SO ORDERED.


Dated: July 8, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge