UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERNESTO BAGLIERI,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ANGUS CHAMBERS, individually and in his capacity as a police officer; and DOES 1-30,<br><br>　　　　　　Defendants. | Case No:  C 10-00284 SBA<br><br>**ORDER REVISING BRIEFING SCHEDULE** |

　　　　This matter is scheduled for hearing on November 9, 2010, on Plaintiff's Motion for Partial Summary Judgment, which was filed on August 30, 2010. Dkt. 25, 28. To expedite matters, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows:

　　　　1.　　Any opposition to the motion shall be filed by no than <u>September 21, 2010</u>. **The failure to timely file an opposition may be construed as a consent to the granting of the motion**.

　　　　2.　　Any reply shall be filed by no later than <u>September 28, 2010</u>.

　　　　3.　　The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), in which case no appearance for the motion will be necessary. The parties are advised to check the Court's website to determine whether a court appearance is required.

　　　　IT IS SO ORDERED.

Dated: September 2, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge