DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:      (415) 554-3837
E-Mail:          james.hannawalt@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO AND
OFFICER ANGUS CHAMBERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERNESTO BAGLIERI, | Case No. C10-0284 SBA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR CASE ASSIGNMENT TO CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; ANGUS CHAMBERS, individually and in his capacity as a police officer; and DOES 1-30, | Trial Date:              March 21, 2011 |
| Defendants. | |

STIPULATION TO PROCEED BEFORE UNITED STATES CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned action stipulate through their counsel of record to have the above-captioned case, *Baglieri v. CCSF et al*, U.S. Northern District Court Case No. C10-0284 SBA, assigned to MAGISTRATE JUDGE MARIA-ELENA JAMES for all proceedings in the case, including trial, and order the entry

Stip And [Proposed] Order Re Assignment To
Magistrate James  CASE NO. C10-0284 SBA

1

c:\documents and settings\workstation\local
settings\temp\notes06e812\stipulation and [proposed] order for
case assignment to chief magistrate maria-elena james.doc

of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  September 23, 2010

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>JAMES F. HANNAWALT
>Deputy City Attorney
>
>By:*/s/ James F. Hannawalt*
>JAMES F. HANNAWALT
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

Dated:  September 23, 2010         PAOLI – GEERHART LLP

>By:*/s/ Charles Geerhart\**
>CHARLES GEERHART
>Attorneys for Plaintiff
>
>\*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**ORDER**

Pursuant to the stipulation of the parties set forth above,

IT IS ORDERED that *Baglieri v. CCSF et al,* U.S. Northern District Court Case No. C10-0284 SBA is assigned to MAGISTRATE JUDGE MARIA-ELENA JAMES for all proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 9/27/10

By: *Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court Judge