UNITED STATES DISTRICT COURT

Northern District of California

ERNESTO BAGLIERI,

           Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

           Defendants.
_____/

No. C-10-0284 MEJ

**NOTICE OF REASSIGNMENT**

This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above, and shall be in compliance with the undersigned's standing orders. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM. ELECTRONICALLY FILED DOCUMENTS MUST BE CITED IN ALL OTHER DOCUMENTS AS FOLLOWS: DKT#__ AT __.**

The parties shall file a joint status statement by October 14, 2010, which shall include a list of any pending matters (with citations to docket numbers).

**IT IS SO ORDERED.**

Dated: September 30, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge